1  **THORNTON DAVIDSON** #166487
   The ERISA Law Group
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:    (559) 256-9800
   Facsimile:    (559) 256-9795
4  thorntondavidson@aol.com

FILED

07 SEP 20 PM 1:03

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  Attorney for Plaintiff, JAMES MICHAEL BROWN

9  UNITED STATES DISTRICT COURT FOR

10  THE NORTHERN DISTRICT OF CALIFORNIA

*EDL*

11  JAMES MICHAEL BROWN,                    ) Case No.:   C 07 4844
                                           )
12              Plaintiff,                  )
                                           ) **PLAINTIFF'S CERTIFICATION OF**
13  v.                                      ) **INTERESTED ENTITIES OR PERSONS**
                                           )
14  BANK OF AMERICA SELF-INSURED            )
    MEDICAL PLANS; ASSOCIATE LIFE           ) [Civil Local Rule 3-16]
15  INSURANCE – BASIC AND ASSOCIATE         )
    LIFE INSURANCE – SUPPLEMENTAL           )
16  PLAN,                                   )
                                           )
17              Defendants.                 )
    _____)

18      Pursuant to Civil Rule L.R. 3-16, Plaintiff certifies that the following listed persons,

19  associations of persons, firms, partnerships, corporations or other entities (1) have a financial interest

20  in the subject matter in controversy or in a party to the proceeding, or (2) have a non-financial

21  interest in the subject matter or in a party that could be substantially affected by the outcome of the

22  proceeding:

23      1.      Plaintiff;

24      2.      Defendant; and

25      3.      Defendants Insurers.

26  Dated: September 18, 2007

27                                          _____
                                            THORNTON DAVIDSON
28                                          Attorney for Plaintiff,
                                            JAMES MICHAEL BROWN