# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JAMES MICHAEL BROWN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

BANK OF AMERICA SELF-INSURED MEDICAL
PLANS; ASSOCIATE LIFE INSURANCE --
BASIC AND ASSOCIATE LIFE INSURANCE -- S

C 07 4844

EDL

TO: (Name and address of defendant)

Associate Life Insurance -- Basic  and Associate Life Insurance Supplemental Plan
Bank of America Corporation
100 N. Tyron St.
Charlotte, NC  28255

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thornton Davidson
The ERISA Law Group
2055 San Joaquin Street, Fresno, CA  92721

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

SEP 2 0 2007
DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

State of North Carolina )
)
)
) **AFFIDAVIT**
)
County of Mecklenburg )
)

Under the penalty of perjury, I, Aaron L Stokes am licensed with the North Carolina Private Protective Service Board as a Private Investigator with license No.2621, being over the age of 21, do hereby state the following:

On Friday, September 28, 2007 at 2:16pm, I personally served Jamilia Brown as Assistant Manager for Bank of America located at The Center City Office, 301 S. Kings Drive, Charlotte, North Carolina 28204 with 1)Civil Cover Sheet, 2) Complaint for Declaratory Relief, 3) Plaintiff's Certificate of Interested Parties 4) Summons in a Civil Case for Associate Life Insurance-Basic and Associate Life Insurance Supplemental Plan, 5) Order Setting Initial Case Management Conference and ADR Deadlines, 6) Welcome to the US District Court, San Francisco and 8) Notice of Assignment of Case to a US Magistrate Judge for Trial. The papers were served as a Corporate Service for Bank of America.
RE: Brown vs. Bank of America Self-Insured Medical Plans, et al.
USDC Northern District of California Case No. C 07-4844 EDL

FURTHER AFFIANT SAYETH NOT.

_____    10/22/07
Aaron L. Stokes        (Signature)         Date

SUBSCRIBED TO AND SWORN TO before me
this, the 22nd day of OCTOBER, 2007.

_____
NOTARY PUBLIC

My commission expires: NOVEMBER 27, 2010