**THORNTON DAVIDSON** #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:      (559) 256-9800
Facsimile:      (559) 256-9795
thorntondavidson@aol.com

Attorney for Plaintiff, JAMES MICHAEL BROWN

**PATRICIA K. GILLETTE**
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:      (415) 773-5700
Facsimile:      (415) 773-5759
pgillette@orrick.com

Attorney for Defendants, BANK OF AMERICA SELF-INSURED MEDICAL PLANS; ASSOCIATE LIFE INSURANCE – BASIC AND ASSOCIATE LIFE INSURANCE – SUPPLEMENTAL PLAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BROWN, | Case No.: 07-4844 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC** |
| v. | |
| BANK OF AMERICA SELF-INSURED MEDICAL PLANS; ASSOCIATE LIFE INSURANCE – BASIC AND ASSOCIATE LIFE INSURANCE – SUPPLEMENTAL PLAN, | |
| Defendants. | |

WHEREAS, the last day to file the initial Case Management Conference is currently January 2, 2008;

WHEREAS, the initial Case Management Conference is currently calendared for January 8, 2008 at 3:00 p.m.;

WHEREAS, counsel of Plaintiff and Defendants have met and conferred, and Defendants are currently investigating Plaintiff's claim;

1    WHEREAS, plaintiff on the one hand, and defendant, on the other hand, are collectively

2    adverse, they agree through their respective counsel to the following:

3    1.    The last day to file the initial Joint Case Management Conference Statement will now

4    be February 5, 2008;

5    2.    The initial Case Management Conference will now be held on February 12, 2008 at

6    10:00 a.m.;

7    3.    The remainder of the deadlines shall remain the same.

8    IT IS SO STIPULATED.

9     Dated: January 3, 2008_____

10    _____    /s/ Thornton Davidson
                                               THORNTON DAVIDSON
11                                             Attorney for Plaintiff,
                                               JAMES MICHAEL BROWN
12

13    Dated: January 3, 2008                    /s/ with permission Patrician Gillette

14                                             _____
                                               PATRICIA GILLETTE
15                                             Attorney for Defendants,
                                               BANK OF AMERICA SELF-INSURED
16                                             MEDICAL PLANS; ASSOCIATE LIFE
                                               INSURANCE – BASIC AND
17                                             ASSOCIATE LIFE INSURANCE –
                                               SUPPLEMENTAL PLAN

18                              **[PROPOSED] ORDER**

19         **IT IS SO ORDERED.**

20    Dated: _____    _____
21                                             HONORABLE ELIZABETH D. LAPORTE
                                               UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CMC
CASE NO.: 07-4844 EDL