**THORNTON DAVIDSON** #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:   (559) 256-9800
Facsimile:    (559) 256-9795
thorntondavidson@aol.com


Attorney for Plaintiff, JAMES MICHAEL BROWN

**PATRICIA K. GILLETTE**
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759
pgillette@orrick.com


Attorney for Defendants, BANK OF AMERICA SELF-INSURED MEDICAL PLANS; ASSOCIATE LIFE INSURANCE – BASIC AND ASSOCIATE LIFE INSURANCE – SUPPLEMENTAL PLAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA SELF-INSURED ) <br> MEDICAL PLANS; ASSOCIATE LIFE ) <br> INSURANCE – BASIC AND ASSOCIATE ) <br> LIFE INSURANCE – SUPPLEMENTAL ) <br> PLAN, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 07-4844 EDL <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER TO CONTINUE INITIAL CMC** |

    WHEREAS, the last day to file the initial Case Management Conference is currently January 2, 2008;

    WHEREAS, the initial Case Management Conference is currently calendared for January 8, 2008 at 3:00 p.m.;

    WHEREAS, counsel of Plaintiff and Defendants have met and conferred, and Defendants are currently investigating Plaintiff's claim;

---

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CMC
CASE NO.: 07-4844 EDL

1

WHEREAS, plaintiff on the one hand, and defendant, on the other hand, are collectively adverse, they agree through their respective counsel to the following:

1. The last day to file the initial Joint Case Management Conference Statement will now be February 5, 2008;

2. The initial Case Management Conference will now be held on February 12, 2008 at 10:00 a.m.;

3. The remainder of the deadlines shall remain the same.

IT IS SO STIPULATED.

Dated: January 3, 2008

/s/ Thornton Davidson
THORNTON DAVIDSON
Attorney for Plaintiff,
JAMES MICHAEL BROWN

Dated: January 3, 2008

/s/ with permission Patrician Gillette

PATRICIA GILLETTE
Attorney for Defendants,
BANK OF AMERICA SELF-INSURED
MEDICAL PLANS; ASSOCIATE LIFE
INSURANCE – BASIC AND
ASSOCIATE LIFE INSURANCE –
SUPPLEMENTAL PLAN

# [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated: January 7, 2008

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CMC
CASE NO.: 07-4844 EDL