# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Brown,<br><br>              Plaintiff(s),<br><br>    v.<br><br>Bank of America Self-Insured Medical Plans,<br><br>              Defendant(s). | 07-04844 EDL ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**R. Bradford Huss**
Trucker Huss, APC
120 Montgomery St., Suite 2350
San Francisco, CA 94104
415-788-3111

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-04844 EDL ENE                                    - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: January 14, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-04844 EDL ENE                - 2 -