1  THORNTON DAVIDSON #166487
   The ERISA Law Group
2  2055 San Joaquin Street
   Fresno, CA 93721-2717
3  Telephone:   (559) 256-9800
   Facsimile:   (559) 256-9795
4
   Attorneys for Plaintiff
5  JAMES MICHAEL BROWN

6  PATRICIA K. GILLETTE, State Bar No. 74461
   pgillette@orrick.com
7  KRISTEN M. JACOBY, State Bar No. 243857
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  The Orrick Building
   405 Howard Street
9  San Francisco, CA  94105-2669
   Telephone:   +1-415-773-5700
10 Facsimile:   +1-415-773-5759

11 Attorneys for Defendant
   BANK OF AMERICA GROUP BENEFITS PROGRAM
12 (identified by Plaintiff as "Bank of America Self-Insured
   Medical Plans," "Associate Life Insurance - Basic" and
13 "Associate Life Insurance - Supplemental Plan"

14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18 | JAMES MICHAEL BROWN,                          | Case No. CGC-07-4844 EDL         |
   |                                               |                                  |
19 |                       Plaintiff,              | **JOINT CASE MANAGEMENT**        |
   |                                               | **CONFERENCE STATEMENT**         |
20 |        v.                                     |                                  |
   |                                               | Date:    February 12, 2008       |
21 | BANK OF AMERICA SELF-INSURED                  | Time:    10:00 a.m.              |
   | MEDICAL PLANS: ASSOCIATE LIFE                 | Judge:   Hon. Elizabeth Laporte   |
22 | INSURANCE - BASIC AND ASSOCIATE               |                                  |
   | LIFE INSURANCE - SUPPLEMENTAL                 |                                  |
23 | PLAN,                                         |                                  |
   |                                               |                                  |
24 |                       Defendants.             |                                  |

25

26        Pursuant to Federal Rules of Civil Procedure 16(b) and the Court's Case

27 Management Conference Order, the parties to the above entitled action jointly submit this case

28 management statement:

1.     1.     <u>Jurisdiction and Service</u>

The parties agree that this Court has subject matter jurisdiction over Plaintiff's claim pursuant to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. section 1132(a). Jurisdiction is proper pursuant to 29 U.S.C. section 1331 because this action arises under the laws of the United States of America. 29 U.S.C. section 1132(e)(1) provides for Federal District Court jurisdiction.

All parties are subject to this Court's jurisdiction.

All parties have been served.

2.     <u>Facts</u>

Plaintiff was a participant in the Bank of America Group Benefits Program. Plaintiff was receiving benefits from Defendant's Long Term Disability ("LTD") plan, insured by Metropolitan Life Insurance Company ("Met Life"). In December of 2005, Met Life determined that Plaintiff was no longer disabled and terminated his LTD benefits. Plaintiff appealed Met Life's determination, and his LTD benefits were retroactively reinstated on December 26, 2006.

Plaintiff claims that when his LTD benefits were terminated, Defendant Bank of America Group Benefits Program terminated his health and life insurance benefits. Defendant claims that Plaintiff's entitlement to those benefits was terminated prior to the cessation of LTD benefits, due to Plaintiff's failure to pay the premiums on those benefits.

On February 1, 2008, Plaintiff stipulated that he would dismiss Defendant Bank of America Self Insured Medical Plan along with his first Claim for Relief.

3.     <u>Legal Issues</u>

Whether Plaintiff is entitled to reinstatement of life insurance benefits through the Life Insurance Plan.

4.     <u>Motions</u>

There are currently no motions pending. Plaintiff does not anticipate filing any motions, unless there is a dispute over discovery. Defendant anticipates filing a motion for summary judgment.

5.     <u>Amendment of Pleadings</u>

The Parties do not anticipate filing amended pleadings.

6. <u>Evidence Preservation</u>

Defendant has notified the appropriate witnesses of the necessity to preserve documentation relevant to this matter.

7. <u>Disclosures</u>

Disclosures pursuant to F.R.C.P. Rule 26 will be made shortly following the initial CMC.

8. <u>Discovery</u>

No discovery has taken place to date, although Defendant has informally provided Plaintiff with certain documents relevant to his claim.

9. <u>Class Actions</u>

This is not a class action.

10. <u>Related Cases</u>

There are no other related cases.

11. <u>Relief</u>

This is a complaint for declaratory relief.

12. <u>Settlement and ADR</u>

The Parties have selected ENE for the ADR process

13. <u>Consent to Magistrate Judge for All Purposes</u>

Both Parties consent to the use of a Magistrate Judge for all purposes.

14. <u>Other References</u>

This case is not suitable for binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>

None.

16. <u>Expedited Schedule</u>

The Parties believe that this case would be suitable for handling on an expedited basis.

17. <u>Scheduling</u>

Discovery cutoff: June 6, 2008

Hearing of dispositive motions: June 27, 2008

Pretrial conference: August 29, 2008. The parties request that the Court set a trial date at the Pretrial conference.

18. <u>Trial</u>

This case is a bench trial and is expected to last one day.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>

Plaintiff has made his Certification of Non-party Interested Entities or Persons, as 1) Plaintiff, 2) Defendant, and 3) Defendant's Insurers. Defendant has filed a Certification of Non-party Interested Entities or Persons as 1) Bank of America Corporation, and 2) Bank of America, National Association.

20. <u>Other Matters</u>

None.

Dated: February ____, 2008

THORNTON DAVIDSON
The ERISA Law Group

_____
THORNTON DAVIDSON
Attorneys for Plaintiff
James Michael Brown

Dated: February 5, 2008

PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Orrick, Herrington & Sutcliffe LLP

_____
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
Bank of America Group Benefits Program

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;
CASE NO. CGC-07-4844 EDL