**THORNTON DAVIDSON** #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:     (559) 256-9795
thorntondavidson@aol.com

Attorney for Plaintiff, JAMES MICHAEL BROWN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BROWN, )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA SELF-INSURED )<br>MEDICAL PLANS; ASSOCIATE LIFE )<br>INSURANCE – BASIC AND ASSOCIATE )<br>LIFE INSURANCE – SUPPLEMENTAL )<br>PLAN, )<br>)<br>         Defendants. )<br>_____ ) | Case No.: 07-4844 EDL<br><br>**REQUEST TO APPEAR BY TELEPHONE FOR THE INITIAL JOINT CASE MANAGEMENT CONFERENCE AND [PROPOSED] FINDINGS**<br><br>Date:  February 12, 2008<br>Time:  10:00 a.m.<br>Crtrm: E, 15th Floor |

    I, Thornton Davidson, counsel for plaintiff James Michael Brown, hereby request, pursuant to Local Rule 16-10, to participate in the initial Case Management Conference by telephone. This request is made for the following reasons:

    1.    The initial Case Management Conference is scheduled for February 12, 2008 at 10:00 a.m. in Courtroom 15th Floor, before the Honorable Elizabeth LaPorte.

    2.    Counsel for the parties have prepared and filed the Joint Case Management Statement.

    3.    This request to appear by telephone is made because Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately 200 miles from the courthouse.

    4.    Defense Counsel does not object to my appearance by telephone.

Dated: February 5, 2008                    /S/ Thornton Davidson
                                           THORNTON DAVIDSON
                                           Attorney for Plaintiff,
                                           JAMES MICHAEL BROWN

## [PROPOSED] ORDER

Plaintiff's counsel, Thornton Davidson, may participate in the initial Case Management Conference in this action by telephone.

Dated: _____             _____
                                           HONORABLE ELIZABETH LAPORTE
                                           UNITED STATES DISTRICT COURT JUDGE