1  PATRICIA K. GILLETTE
   pgillette@orrick.com
2  KRISTEN M. JACOBY (State Bar No. 243857)
   kjacoby@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    415-773-5700
   Facsimile:    415-773-5759
6
   Attorneys for Defendant
7  BANK OF AMERICA GROUP BENEFITS PROGRAM
   (identified by Plaintiff as "Bank of America Self-Insured Medical Plans,"
8  "Associate Life Insurance – Basic" and "Associate Life
   Insurance - Supplemental Plan")
9

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BROWN,<br><br>                    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA SELF-INSURED MEDICAL PLANS; ASSOCIATE LIFE INSURANCE-BASIC AND ASSOCIATE LIFE INSURANCE-SUPPLEMENTAL PLAN,<br><br>                    Defendants. | Case No. CGC-07-4844 EDL<br>UNLIMITED JURISDICTION<br><br>DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R 3-16, the undersigned, on behalf of Defendant Bank of America Group Benefits Program ("Defendant"), certifies that the following listed corporation and national banking association may (i) have a financial interest in the subject matter in controversy or a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1)   Bank of America Corporation;

(2)   Bank of America, National Association.

Bank of America, National Association is a wholly owned subsidiary of N.B. Holdings Corporation which is a wholly owned subsidiary of Bank of America Corporation.

Bank of America Corporation is the sponsor of the Bank of America Group Benefits Program and Bank of America, National Association is the participant employer of Plaintiff.

Dated: February 5, 2008

PATRICIA K. GILLETTE
KRISTEN M. JACOBY
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
BANK OF AMERICA GROUP BENEFITS PROGRAM

- 1 -

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS:
Case No. CGC-07-4844 EDL