1  **THORNTON DAVIDSON** #166487
   The ERISA Law Group
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:    (559) 256-9800
   Facsimile:    (559) 256-9795
4  thorntondavidson@aol.com

5

6  Attorney for Plaintiff, JAMES MICHAEL BROWN

7

8              UNITED STATES DISTRICT COURT FOR

9              THE NORTHERN DISTRICT OF CALIFORNIA

10 JAMES MICHAEL BROWN,            )   Case No.: 07-4844 EDL
                                   )
11         Plaintiff,               )   **REQUEST TO APPEAR BY TELEPHONE**
                                   )   **FOR THE INITIAL JOINT CASE**
12 v.                               )   **MANAGEMENT CONFERENCE AND**
                                   )   **[PROPOSED]** ~~FINDINGS~~  ORDER
13 BANK OF AMERICA SELF-INSURED    )
   MEDICAL PLANS; ASSOCIATE LIFE   )
14 INSURANCE – BASIC AND ASSOCIATE )   Date:  February 12, 2008
   LIFE INSURANCE – SUPPLEMENTAL   )   Time:  10:00 a.m.
15 PLAN,                            )   Crtrm: E, 15th Floor
                                   )
16         Defendants.              )
   _____ )

17     I, Thornton Davidson, counsel for plaintiff James Michael Brown, hereby request, pursuant

18 to Local Rule 16-10, to participate in the initial Case Management Conference by telephone. This

19 request is made for the following reasons:

20     1.     The initial Case Management Conference is scheduled for February 12, 2008 at 10:00

21            a.m. in Courtroom 15th Floor, before the Honorable Elizabeth LaPorte.

22     2.     Counsel for the parties have prepared and filed the Joint Case Management

23            Statement.

24     3.     This request to appear by telephone is made because Plaintiff's counsel maintains his

25            office in the City of Fresno, California, a distance of approximately 200 miles from

              the courthouse.

26     4.     Defense Counsel does not object to my appearance by telephone.

27

28

REQUEST TO APPEAR BY TELEPHONE AND [PROPOSED] ORDER
CASE NO.: 07-4884 EDL

1

1

Dated: February 5, 2008                              /S/ Thornton Davidson
                                                     THORNTON DAVIDSON
                                                     Attorney for Plaintiff,
                                                     JAMES MICHAEL BROWN

## [~~PROPOSED~~] ORDER

Plaintiff's counsel, Thornton Davidson, may participate in the initial Case Management Conference in this action by telephone. Counsel shall call the Court's courtroom deputy at 415-522-3694 no later than February 11, 2008 with a number for the Court to call on February 12, 2008.

Dated: February 6, 2008

                                                     HONORABLE ELIZABETH LAPORTE
                                                     UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*