1  THORNTON DAVIDSON #166487
   The ERISA Law Group
2  2055 San Joaquin Street
   Fresno, CA 93721-2717
3  Telephone: (559) 256-9800
   Facsimile: (559) 256-9795
4
   Attorneys for Plaintiff
5  JAMES MICHAEL BROWN

6  PATRICIA K. GILLETTE, State Bar No. 74461
   pgillette@orrick.com
7  KRISTEN M. JACOBY, State Bar No. 243857
   kjacoby@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA 94105-2669
10 Telephone: +1-415-773-5700
   Facsimile: +1-415-773-5759
11
   Attorneys for Defendant
12 BANK OF AMERICA GROUP BENEFITS PROGRAM
   (identified by Plaintiff as "Bank of America Self-Insured
13 Medical Plans," "Associate Life Insurance - Basic" and
   "Associate Life Insurance - Supplemental Plan"
14

15                UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17

18
   JAMES MICHAEL BROWN,                      Case No. CGC-07-4844 EDL
19
                 Plaintiff,                  STIPULATION AND [PROPOSED]
20                                           ORDER CONTINUING INITIAL
        v.                                   CMC
21
   BANK OF AMERICA SELF-INSURED              Date:  February 12, 2008
22 MEDICAL PLANS: ASSOCIATE LIFE             Time:  10:00 a.m.
   INSURANCE - BASIC AND ASSOCIATE           Judge: Hon. Elizabeth Laporte
23 LIFE INSURANCE - SUPPLEMENTAL
   PLAN,
24
                 Defendants.
25

26
        WHEREAS, the initial Case Management Conference is currently calendared for
27
   February 12, 2008;
28

                                                     STIPULATION AND [PROPOSED] ORDER
                                                     CONTINUING INITIAL CMC: CASE NO. CGC-07-4844
                                                     EDL

WHEREAS, counsel for Plaintiff and Defendant have met and conferred, and are currently participating in the Early Neutral Evaluation process mandated by the Court;

WHEREAS, Plaintiff has dismissed one cause of action and the parties are actively working to resolve Plaintiff's remaining claim;

WHEREAS, the parties are collectively adverse, they agree through their respective counsel to the following:

1. The Initial Case Management Conference will now be held on March 11, 2008 at 10:00 a.m.;

2. The remainder of the deadlines shall remain the same.

Dated: February __, 2008

THORNTON DAVIDSON
The ERISA Law Group

_____
THORNTON DAVIDSON
Attorneys for Plaintiff
James Michael Brown

Dated: February 11, 2008

PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Orrick, Herrington & Sutcliffe LLP

_____
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
Bank of America Group Benefits Program

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE