| | |
|---|---|
| 1 | THORNTON DAVIDSON #166487 |
| | The ERISA Law Group |
| 2 | 2055 San Joaquin Street |
| | Fresno, CA 93721-2717 |
| 3 | Telephone: (559) 256-9800 |
| | Facsimile: (559) 256-9795 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | JAMES MICHAEL BROWN |

PATRICIA K. GILLETTE, State Bar No. 74461
pgillette@orrick.com
KRISTEN M. JACOBY, State Bar No. 243857
kjacoby@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendant
BANK OF AMERICA GROUP BENEFITS PROGRAM
(identified by Plaintiff as "Bank of America Self-Insured
Medical Plans," "Associate Life Insurance - Basic" and
"Associate Life Insurance - Supplemental Plan"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BROWN, | Case No. CGC-07-4844 EDL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CMC |
| v. | |
| BANK OF AMERICA SELF-INSURED MEDICAL PLANS: ASSOCIATE LIFE INSURANCE - BASIC AND ASSOCIATE LIFE INSURANCE - SUPPLEMENTAL PLAN, | Date: February 12, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Elizabeth Laporte |
| Defendants. | |

WHEREAS, the initial Case Management Conference is currently calendared for February 12, 2008;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred, and are currently participating in the Early Neutral Evaluation process mandated by the Court;

WHEREAS, Plaintiff has dismissed one cause of action and the parties are actively working to resolve Plaintiff's remaining claim;

WHEREAS, the parties are collectively adverse, they agree through their respective counsel to the following:

1. The Initial Case Management Conference will now be held on March 11, 2008 at 10:00 a.m.;

2. The remainder of the deadlines shall remain the same.

Dated: February __, 2008

THORNTON DAVIDSON
The ERISA Law Group

_____
THORNTON DAVIDSON
Attorneys for Plaintiff
James Michael Brown

Dated: February 11, 2008

PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Orrick, Herrington & Sutcliffe LLP

_____
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
Bank of America Group Benefits Program

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: February 11, 2008

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

- 2 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CMC; CASE NO. CGC-07-4844
EDL