1  **THORNTON DAVIDSON** #166487
   The ERISA Law Group
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:   (559) 256-9800
   Facsimile:   (559) 256-9795
4  thorntondavidson@aol.com

5

6  Attorney for Plaintiff, JAMES MICHAEL BROWN

7  **PATRICIA K. GILLETTE**
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  The Orrick Building
   405 Howard Street
9  San Francisco, CA 94105-2669
   Telephone:   (415) 773-5700
10 Facsimile:   (415) 773-5759
   pgillette@orrick.com
11

12 Attorney for Defendants, BANK OF AMERICA SELF-INSURED MEDICAL PLANS;
   ASSOCIATE LIFE INSURANCE – BASIC AND ASSOCIATE LIFE INSURANCE –
13 SUPPLEMENTAL PLAN

14                    UNITED STATES DISTRICT COURT FOR

15                    THE NORTHERN DISTRICT OF CALIFORNIA

16 JAMES MICHAEL BROWN,                )   Case No.: 07-4844 EDL
                                       )
17           Plaintiff,                )   **STIPULATION TO DISMISS BANK OF**
                                       )   **AMERICA SELF-INSURED MEDICAL**
18 v.                                  )   **PLAN AND FIRST CLAIM FOR RELIEF**
                                       )
19 BANK OF AMERICA SELF-INSURED        )
   MEDICAL PLANS; ASSOCIATE LIFE       )
20 INSURANCE – BASIC AND ASSOCIATE     )
   LIFE INSURANCE – SUPPLEMENTAL       )
21 PLAN,                               )
                                       )
22           Defendants.               )
   _____)
23

24       Plaintiff, James Michael Brown, through his attorney of record hereby stipulates to dismiss

25 Defendant, Bank of America Self-Insured Medical Plans, and the First Claim for Relief , with

26 prejudice, from this action.  Each party to bear its own costs and fees.

27 ///

28 ///

Dated: March 5, 2008 _____   /S/ Thornton Davidson
                                                                  THORNTON DAVIDSON
                                                                  Attorney for Plaintiff,
                                                                  JAMES MICHAEL BROWN

Dated: March 5, 2008                              /S/ with permission Kristen Jacoby
                                                                  PATRICIA GILLETTE
                                                                  KRISTEN JACOBY
                                                                  Attorney for Defendants,
                                                                  BANK OF AMERICA SELF-INSURED
                                                                  MEDICAL PLANS; ASSOCIATE LIFE
                                                                  INSURANCE – BASIC AND
                                                                  ASSOCIATE LIFE INSURANCE –
                                                                  SUPPLEMENTAL PLAN

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                  HONORABLE ELIZABETH D. LAPORTE
                                                                  UNITED STATES DISTRICT COURT JUDGE