**THORNTON DAVIDSON** #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:   (559) 256-9800
Facsimile:    (559) 256-9795
thorntondavidson@aol.com

Attorney for Plaintiff, JAMES MICHAEL BROWN

**PATRICIA K. GILLETTE**
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759
pgillette@orrick.com

Attorney for Defendants, BANK OF AMERICA SELF-INSURED MEDICAL PLANS; ASSOCIATE LIFE INSURANCE – BASIC AND ASSOCIATE LIFE INSURANCE – SUPPLEMENTAL PLAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BROWN, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA SELF-INSURED MEDICAL PLANS; ASSOCIATE LIFE INSURANCE – BASIC AND ASSOCIATE LIFE INSURANCE – SUPPLEMENTAL PLAN, <br><br> Defendants. | Case No.: 07-4844 EDL <br><br> **STIPULATION TO DISMISS BANK OF AMERICA SELF-INSURED MEDICAL PLAN AND FIRST CLAIM FOR RELIEF** |

    Plaintiff, James Michael Brown, through his attorney of record hereby stipulates to dismiss Defendant, Bank of America Self-Insured Medical Plans, and the First Claim for Relief , with prejudice, from this action.  Each party to bear its own costs and fees.

///

///

Dated: March 5, 2008

/S/ Thornton Davidson
THORNTON DAVIDSON
Attorney for Plaintiff,
JAMES MICHAEL BROWN

Dated: March 5, 2008

/S/ with permission Kristen Jacoby
PATRICIA GILLETTE
KRISTEN JACOBY
Attorney for Defendants,
BANK OF AMERICA SELF-INSURED
MEDICAL PLANS; ASSOCIATE LIFE
INSURANCE – BASIC AND
ASSOCIATE LIFE INSURANCE –
SUPPLEMENTAL PLAN

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: March 7, 2008

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte