In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: March 11, 2008

Case No: **C-07-04844 EDL**

Case Name: **JAMES MICHAEL BROWN v BANK OF AMERICA SELF-INSURED MEDICAL PLANS, et al**

    Attorneys:    Pltf: Thornton Davidson (phone)   Deft: Patricia Gillette (phone)
                                                                               Kristen M. Jacoby

Deputy Clerk: Lili M. Harrell        FTR Digital Recorder: 10:32am - 10:35am

**PROCEEDINGS:**
    Initial Case Management Conference - Held

**ORDERED AFTER HEARING:**
    Court grants the parties' request to extend the deadline for completion of ENE until 5/2/2008.

**Order to be prepared by:** [] Plntf  [] Deft  [] Court

**Case continued to:** 6/10/08 at 10:00am for Further Case Management Conference.
                        (Updated joint case management statement due 6/3/08)

**Notes:** Plaintiff may appear telephonically at FCMC.

cc:   ADR