```
 1  THORNTON DAVIDSON #166487
    The ERISA Law Group
 2  2055 San Joaquin Street
    Fresno, CA 93721-2717
 3  Telephone:    (559) 256-9800
    Facsimile:    (559) 256-9795
 4
    Attorneys for Plaintiff
 5  JAMES MICHAEL BROWN

 6  PATRICIA K. GILLETTE, State Bar No. 74461
    pgillette@orrick.com
 7  KRISTEN M. JACOBY, State Bar No. 243857
    kjacoby@orrick.com
 8  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 9  405 Howard Street
    San Francisco, CA  94105-2669
10  Telephone:    +1-415-773-5700
    Facsimile:    +1-415-773-5759
11
    Attorneys for Defendant
12  BANK OF AMERICA GROUP BENEFITS PROGRAM
    (identified by Plaintiff as "Bank of America Self-Insured
13  Medical Plans," "Associate Life Insurance - Basic" and
    "Associate Life Insurance - Supplemental Plan"
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA SELF-INSURED MEDICAL PLANS: ASSOCIATE LIFE INSURANCE - BASIC AND ASSOCIATE LIFE INSURANCE - SUPPLEMENTAL PLAN,<br><br>　　　　　Defendants. | Case No.  CGC-07-4844 EDL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:　　June 10, 2008<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Elizabeth Laporte<br><br>**PLAINTIFF GRANTED PERMISSION TO APPEAR BY TELEPHONE** |

Pursuant to Federal Rules of Civil Procedure 16(b) and the Court's Case

Management Conference Order, the parties to the above entitled action jointly submit this case

management statement:

1. <u>Settlement of Pending Matter</u>

The parties have reached a tentative settlement of this matter, and are currently negotiating an agreement to that effect.  Accordingly, the parties respectfully request that the Court remove pending dates in this matter from its calendar in anticipation of a request for dismissal to be filed within the next three weeks.

Dated: June 2, 2008

THORNTON DAVIDSON
The ERISA Law Group


/s/ Thornton Davidson
_____
THORNTON DAVIDSON
Attorneys for Plaintiff
James Michael Brown

Dated: June 3, 2008

PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Orrick, Herrington & Sutcliffe LLP


/s/ Kristen M. Jacoby
_____
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
Bank of America Group Benefits Program

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE