THORNTON DAVIDSON #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, CA 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9795

Attorneys for Plaintiff
JAMES MICHAEL BROWN

PATRICIA K. GILLETTE, State Bar No. 74461
pgillette@orrick.com
KRISTEN M. JACOBY, State Bar No. 243857
kjacoby@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
BANK OF AMERICA GROUP BENEFITS PROGRAM
(identified by Plaintiff as "Bank of America Self-Insured
Medical Plans," "Associate Life Insurance - Basic" and
"Associate Life Insurance - Supplemental Plan"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA SELF-INSURED MEDICAL PLANS: ASSOCIATE LIFE INSURANCE - BASIC AND ASSOCIATE LIFE INSURANCE - SUPPLEMENTAL PLAN,<br><br>        Defendants. | Case No.  CGC-07-4844 EDL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    June 10, 2008<br>Time:   10:00 a.m.<br>Judge:  Hon. Elizabeth Laporte<br><br>**PLAINTIFF GRANTED PERMISSION TO APPEAR BY TELEPHONE** |

Pursuant to Federal Rules of Civil Procedure 16(b) and the Court's Case

Management Conference Order, the parties to the above entitled action jointly submit this case

management statement:

1. <u>Settlement of Pending Matter</u>

The parties have reached a tentative settlement of this matter, and are currently negotiating an agreement to that effect. Accordingly, the parties respectfully request that the Court remove pending dates in this matter from its calendar in anticipation of a request for dismissal to be filed within the next three weeks.

Dated: June 2, 2008

THORNTON DAVIDSON
The ERISA Law Group

/s/ Thornton Davidson
THORNTON DAVIDSON
Attorneys for Plaintiff
James Michael Brown

Dated: June 3, 2008

PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Orrick, Herrington & Sutcliffe LLP

/s/ Kristen M. Jacoby
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
Bank of America Group Benefits Program

[~~PROPOSED~~] ORDER

The case management conference is continued to July 1, 2008. The parties shall file a joint case management conference statement no later than June 26, 2008. The Court will vacate ~~these dates if the parties file a joint request for dismissal beforehand, as anticipated.~~

**IT IS SO ORDERED.**

Dated: June 4, 2008

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Elizabeth D. Laporte