THORNTON DAVIDSON #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, CA 93721-2717
Telephone:    (559) 256-9800
Facsimile:    (559) 256-9795

Attorneys for Plaintiff
JAMES MICHAEL BROWN

PATRICIA K. GILLETTE, State Bar No. 74461
pgillette@orrick.com
KRISTEN M. JACOBY, State Bar No. 243857
kjacoby@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
BANK OF AMERICA GROUP BENEFITS PROGRAM
(identified by Plaintiff as "Bank of America Self-Insured
Medical Plans," "Associate Life Insurance - Basic" and
"Associate Life Insurance - Supplemental Plan"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL BROWN,<br><br>         Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA SELF-INSURED MEDICAL PLANS: ASSOCIATE LIFE INSURANCE - BASIC AND ASSOCIATE LIFE INSURANCE - SUPPLEMENTAL PLAN,<br><br>         Defendants. | Case No.  CGC-07-4844 EDL<br><br>**STIPULATION OF DISMISSAL** |

   Plaintiff James Michael Brown, by and through his attorney of record, hereby stipulates to dismiss his Complaint in its entirety, with prejudice.  Each party will bear its own

1  costs.

2  Dated: June___, 2008                    THORNTON DAVIDSON
3                                          The ERISA Law Group

4
                                           /s/ Thornton Davidson
5                                          _____
                                           THORNTON DAVIDSON
6                                          Attorneys for Plaintiff
                                           James Michael Brown
7
8  Dated: June 30, 2008                    PATRICIA K. GILLETTE
                                           KRISTEN M. JACOBY
9                                          Orrick, Herrington & Sutcliffe LLP

10
                                           /s/ Kristen M. Jacoby
11                                         _____
                                           PATRICIA K. GILLETTE
12                                         KRISTEN M. JACOBY
                                           Attorneys for Defendant
13                                         Bank of America Group Benefits Program

14                          **[PROPOSED] ORDER**

15 **IT IS SO ORDERED.**

16  Dated: _____

17
                                           _____
18                                         HONORABLE ELIZABETH D. LAPORTE
                                           UNITED STATES DISTRICT COURT JUDGE