1  THORNTON DAVIDSON #166487
   The ERISA Law Group
2  2055 San Joaquin Street
   Fresno, CA 93721-2717
3  Telephone:   (559) 256-9800
   Facsimile:   (559) 256-9795
4
   Attorneys for Plaintiff
5  JAMES MICHAEL BROWN

6  PATRICIA K. GILLETTE, State Bar No. 74461
   pgillette@orrick.com
7  KRISTEN M. JACOBY, State Bar No. 243857
   kjacoby@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
11
   Attorneys for Defendant
12 BANK OF AMERICA GROUP BENEFITS PROGRAM
   (identified by Plaintiff as "Bank of America Self-Insured
13 Medical Plans," "Associate Life Insurance - Basic" and
   "Associate Life Insurance - Supplemental Plan"
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES MICHAEL BROWN, | Case No.  CGC-07-4844 EDL |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** AND ORDER THEREON |
| v. | |
| BANK OF AMERICA SELF-INSURED MEDICAL PLANS: ASSOCIATE LIFE INSURANCE - BASIC AND ASSOCIATE LIFE INSURANCE - SUPPLEMENTAL PLAN, | |
| Defendants. | |

Plaintiff James Michael Brown, by and through his attorney of record, hereby stipulates to dismiss his Complaint in its entirety, with prejudice.  Each party will bear its own

1 costs.

2 Dated: June___, 2008   THORNTON DAVIDSON
3    The ERISA Law Group

5    /s/ Thornton Davidson
    THORNTON DAVIDSON
6    Attorneys for Plaintiff
    James Michael Brown

8 Dated: June 30, 2008   PATRICIA K. GILLETTE
    KRISTEN M. JACOBY
9    Orrick, Herrington & Sutcliffe LLP

11    /s/ Kristen M. Jacoby
    PATRICIA K. GILLETTE
12    KRISTEN M. JACOBY
    Attorneys for Defendant
13    Bank of America Group Benefits Program

14 **[PROPOSED] ORDER**

15 **IT IS SO ORDERED.**

16 Dated: July 3, 2008

18    HONORABLE ELIZABETH D. LAPORTE
    UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION AND [PROPOSED] ORDER
- 2 -   CONTINUING INITIAL CMC: CASE NO. CGC-07-4844
EDL